UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

HEATHER HILLS ESTATES, LLC,

      Debtor.
_____/

Case No. 9:16-bk-09521-CPM
Chapter 11

## DEBTOR'S MOTION FOR FURTHER ENLARGEMENT OF TIME TO CLOSE PLAN TRANSACTIONS

The Debtor, HEATHER HILLS ESTATES, LLC, by its undersigned counsel, hereby moves for a further enlargement of time to close the transactions contemplated under the confirmed plan, and states:

1. The Debtor filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code on November 4, 2016 ("Petition Date"). The Debtor confirmed its Plan (Doc. 213) on June 18, 2018 (Doc. 258).

2. Pursuant to the confirmed plan, the closing of the real estate transaction was to occur within 60 days of Confirmation or August 17, 2018.

3. On September 7, 2018, this Court entered an Order Granting Motion to Extend Time (Doc. 285) and an Order Granting Motion to Enforce Settlement Agreement (Doc. 287) extending the deadline to September 28, 2018.

4. Due to circumstances beyond the Debtor's control, the closing will not occur on September 28, 2018. However, the Debtor believes that it will have funds available shortly to make the $15,000 settlement payment to Mr. Karatinos and other payments under the Plan.

5. The Debtor requests an additional enlargement of time to effectuate the closing under the Plan and to make certain payments.

6. A further enlargement, while an extraordinary request, is in the best interest of the Debtor, the estate, and all parties in interest.

**WHEREFORE**, the Debtor requests an order further enlarging the deadline, and for such other relief as is just.

> JOHNSON, POPE, BOKOR,
> RUPPEL & BURNS, LLP
>
> /s/ Michael C. Markham
> Michael C. Markham (FBN 0768560)
> Email: Mikem@jpfirm.com
> 401 E. Jackson Street, Suite 3100
> Tampa, FL  33602
> Telephone: 813-225-2500
> Facsimile: 813-223-7118
> Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically on all CM/ECF participants this 28th day of September, 2018.

> /s/ *Michael C. Markham*
> Michael C. Markham

4760575