[jiffyord] [Bench Order +]

ORDERED.

Dated: October 18, 2018

*Catherine Peek McEwen*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                  Case No.
                                                                        8:16−bk−09521−CPM
                                                                        Chapter 11

Heather Hills Estates, LLC

_____Debtor*_____/

**ORDER GRANTING MOTION TO EXTEND TIME**

THIS CASE came on for hearing on October 18, 2018 , for consideration of the **Motion to Extend Time** (Doc. **290** ), filed by **Debtor Heather Hills Estates, LLC** .

For the reasons stated orally and recorded in open court, the Motion to Extend Time is Granted .

through 12/2/2018.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Michael Markham is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.